■ In the Matter of THOMAS G. CASTNER, Respondent, v DAVID L. GRIFFITH, as Fire Chief of City of Rochester, et al., Appellants. [641 NYS2d 769] —Judgment unanimously reversed on the law without costs and petition dismissed. Memorandum: Supreme Court erred in granting the petition and annulling respondent's determination terminating petitioner's employment as a firefighter. Petitioner provided false information regarding his residence on a number of forms submitted at the time of his appointment. The falsification of information on those documents provided a sufficient ground for petitioner's termination during the probationary period (*see*, *Matter of Martin v Board of Educ.*, 215 AD2d 661; *Matter of Stewart v Civil Serv. Commn.*, 84 AD2d 491; *Matter of Mingo v Pirnie*, 78 AD2d 984, *affd* 55 NY2d 1019). (Appeal from Judgment of Supreme Court, Monroe County, Siracuse, J.—CPLR art 78.) Present—Green, J. P., Pine, Fallon, Doerr and Davis, JJ.